562 U.S. 1304, 131 S. Ct. 1709, 179 L. Ed. 2d 647, 2011 U.S. LEXIS 2149.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 397 Fed. Appx. 871.

**No. 10-9021. Jose Rafael Urena, Petitioner v. United States.**

562 U.S. 1304, 131 S. Ct. 1710, 179 L. Ed. 2d 647, 2011 U.S. LEXIS 2165.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 393 Fed. Appx. 801.

**No. 10-9049. In re Richard Roche, Petitioner.**

562 U.S. 1285, 131 S. Ct. 1712, 179 L. Ed. 2d 647, 2011 U.S. LEXIS 2318,

March 21, 2011. Petition for writ of habeas corpus denied.

**No. 10-9192. In re Carlos Moore, Petitioner.**

562 U.S. 1285, 131 S. Ct. 1715, 179 L. Ed. 2d 647, 2011 U.S. LEXIS 2167,

March 21, 2011. Petition for writ of habeas corpus denied.

**No. 10-9200. In re Walter Brown, Petitioner.**

562 U.S. 1285, 131 S. Ct. 1715, 179 L. Ed. 2d 647, 2011 U.S. LEXIS 2154.

March 21, 2011. Petition for writ of habeas corpus denied.

**No. 10-9216. In re Damon Owens-Bey, Petitioner.**

562 U.S. 1285, 131 S. Ct. 1715, 179 L. Ed. 2d 647, 2011 U.S. LEXIS 2140.

March 21, 2011. Petition for writ of habeas corpus denied.

**No. 10-8476. In re Julia C. Venoya, Petitioner.**

562 U.S. 1285, 131 S. Ct. 1692, 179 L. Ed. 2d 647, 2011 U.S. LEXIS 2134.

March 21, 2011. Petition for writ of mandamus denied.

**No. 10-8587. In re Robert J. Jabbour, Petitioner.**

562 U.S. 1285, 131 S. Ct. 1694, 179 L. Ed. 2d 647, 2011 U.S. LEXIS 2144.

March 21, 2011. Petition for writ of mandamus denied.